CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/4/21
JULIA C. DUDLEY, CLERK
BY: K. Dotson
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 5:21cr00014 |
| v. ) | |
| ) | All in violation of: |
| DANIEL ALBERT CALLAHAN-WITT ) | Title 18 U.S.C. § 641 |

# INFORMATION

### COUNT 1
### (Theft of Public Money)

The United States Attorney charges that:

1. From on or about January 2014, and continuing through on or about March 2020, in the Western District of Virginia, the defendant DANIEL ALBERT CALLAHAN-WITT, did willfully and knowingly embezzle, steal, purloin, or convert to his own use or the use of another, money belonging to the United States in the total amount greater than $1000, namely, Social Security Administration and Office of Personnel Management benefits having a value in excess of $40,000.00.

2. All in violation of Title 18, United States Code, Section 641.

September 29, 2021
Date

DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY